No. 02–1422. BRELSFORD ET AL. *v.* RUTTER & WILBANKS CORP. ET AL. C. A. 10th Cir. Certiorari denied.

No. 02–1452. CITY OF CINCINNATI, OHIO *v.* JOHNSON ET AL. C. A. 6th Cir. Certiorari denied.

No. 02–1454. SEMINOLE ENTERTAINMENT, INC., DBA RACHEL'S *v.* CITY OF CASSELBERRY, FLORIDA. Dist. Ct. App. Fla., 5th Dist. Certiorari denied.

No. 02–1457. PTASYNSKI ET AL. *v.* RUTTER & WILBANKS CORP. ET AL.; and BAILEY ET AL. *v.* RUTTER & WILBANKS CORP. ET AL. C. A. 10th Cir. Certiorari denied.

No. 02–1458. DAZET ET AL., INDIVIDUALLY AND ON BEHALF OF ALL THOSE SIMILARLY SITUATED *v.* FOSTER ET AL. C. A. 5th Cir. Certiorari denied.

No. 02–1462. COHEN *v.* KREMEN. C. A. 9th Cir. Certiorari denied.

No. 02–1465. GODWIN *v.* MOORE, CHIEF JUSTICE, SUPREME COURT OF ALABAMA, ET AL. C. A. 11th Cir. Certiorari denied.

No. 02–1467. GREEN *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 02–1468. GONZALEZ ET AL. *v.* KOKOT ET AL. C. A. 7th Cir. Certiorari denied.

No. 02–1475. MEYER *v.* DRELL ET AL. C. A. 10th Cir. Certiorari denied.

No. 02–1476. SHERIFF, WASHOE COUNTY, NEVADA, ET AL. *v.* BURDG ET AL. Sup. Ct. Nev. Certiorari denied.

No. 02–1477. NIVENS ET AL. *v.* GILCHRIST. C. A. 4th Cir. Certiorari denied.

No. 02–1479. BISHAY *v.* CITIZENS BANK OF MASSACHUSETTS. App. Ct. Mass. Certiorari denied.